RECEIVED
AUG -7
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL MORRIS,<br><br>  Plaintiff,<br><br>v.<br><br>CANTOR FITZGERALD SECURITIES, CANTOR FITZGERALD, LLP, CANTOR FITZGERALD INCORPORATED, CANTOR FITZGERALD II, LLC, CANTOR FITZGERALD BROKERAGE, LP<br><br>  Defendants. | Case No. 07cv06202 (RJH)<br><br>CIVIL ACTION<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

It is hereby stipulated and agreed to by the parties and between the attorneys, Akin & Smith LLC, counsel for plaintiff Joel Morris, and Saul Ewing LLP, counsel for defendants Cantor Fitzgerald Securities, Cantor Fitzgerald, LLP, Cantor Fitzgerald Incorporated, Cantor Fitzgerald II, L.L.C., and Cantor Fitzgerald Brokerage, L.P., as follows:

1. Defendants' time to answer, move or otherwise respond to the Complaint shall be extended from August 6, 2007, to and including September 3, 2007.

2. No previous request for an extension has been made.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

STIPULATED TO:

Derek Todd Smith, Esq.
Attorney for Plaintiff Joel Morris

By: _____                Dated: 8/6/07
    Derek T. Smith, Esq. (DS 1147)

STIPULATED TO:

Saul Ewing LLP
Attorneys for Defendants Cantor Fitzgerald Securities,
Cantor Fitzgerald, LLP, Cantor Fitzgerald Incorporated,
Cantor Fitzgerald H. L.C., and Cantor Fitzgerald Brokerage, L.P.

By: _____                Dated: 8/6/07
    Michael A. Rowe, Esq. (MR 8643)

SO ORDERED.

_____
           8/8/07         U.S.D.J.

-2-

08/06/2007 08:25   12125874159   LAW OFFICES   PAGE 03/03
Received 08/06/2007 01:24PM in 00:56 on line [10] for 4705 * Pg 3/3