08/15/2007 11:21    609-452-3122    SAUL EWING    PAGE 02/02

RECEIVED
AUG 17
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOEL MORRIS,

    Plaintiff,

v.

CANTOR FITZGERALD SECURITIES,
CANTOR FITZGERALD, LLP, CANTOR
FITZGERALD INCORPORATED, CANTOR
FITZGERALD II, LLC, CANTOR FITZGERALD
BROKERAGE, LP,

    Defendants.

Case No. 07cv06202 (RJH)

CIVIL ACTION

STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulates that the above-captioned matter shall be, and hereby is, dismissed without prejudice and without costs to the parties.

Dated: August 15, 2007

STIPULATED TO:

AKIN & SMITH, LLC
Attorney for Plaintiff Joel Morris

By: _____
Derek T. Smith, Esq. (DS 1747)

SAUL EWING LLP
Attorneys for Defendants Cantor Fitzgerald Securities, Cantor Fitzgerald, LLP, Cantor Fitzgerald Incorporated, Cantor Fitzgerald II, L.L.C., and Cantor Fitzgerald Brokerage, L.P.

By: _____
Michael A. Rowe, Esq. (MR 8643)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

SO ORDERED:

_____
U.S.D.J. 8/16/07

08/16/2007 02:29 12125874169
Received 08/16/2007 03:28PM in 01:06 on line [8] for 4705 * Pg 2/2    LAW_OFFICES    PAGE 02/02